# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

HOWARD COLEMAN and
GENEVIA COLEMAN,

    Plaintiff,

v.

NEW GENERATION MANAGEMENT,

    Defendant.

Civil Action No. TDC-22-1140

## ORDER

On May 29, 2024, Defendant New Generation Management ("New Generation") filed a Motion to Strike Plaintiff's Jury Trial Demand. ECF No. 36. The Case Management Order states that "[n]o motions may be filed without first seeking a Pre-Motion Conference with the Court." Case Management Order § II.A.1, ECF No. 17. New Generation has not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. New Generation's Motion to Strike Plaintiff's Jury Trial Demand, ECF No. 36, is DENIED WITHOUT PREJUDICE.

2. If New Generation seeks to file a motion, New Generation must file a Notice of Intent to File a Motion pursuant to section II.A.2 of the Case Management Order.

Date: May 29, 2024



THEODORE D. CHUANG
United States District Judge