UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

HOWARD COLEMAN and
GENEVA COLEMAN,

    Plaintiff,

v.

NEW GENERATION MANAGEMENT,

    Defendant.

Civil Action No. TDC-22-1140

## ORDER

For the reasons stated during the June 7, 2024 Case Management Conference, it is hereby ORDERED that:

Defendant New Generation Management is granted leave to file the proposed Motion to Strike Jury Demand. ECF No. 39. The Motion will be deemed timely if filed by **Monday, June 10, 2024**. Plaintiffs' Opposition to the Motion is due by **Friday, June 21, 2024, at 12:00 noon**. Any reply brief is due by **Monday, June 24, 2024**.

Date:  June 7, 2024

THEODORE D. CHUANG
United States District Judge